IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRITTNY LINDER, | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 2:22-CV-04132 |
| v. | : | |
| KELLY SERVICES INC. and ABZENA (BRISTOL), LLC D/B/A ABZENA, | : | |
| Defendants. | : | |

**ENTRY OF APPEARANCE**

To:   The Clerk of the Court

Kindly enter the appearance of Anshul S. Agrawal of Duane Morris LLP on behalf of Defendant Kelly Services Inc.

Dated: January 31, 2025                                     Respectfully submitted,

**DUANE MORRIS LLP**

*/s/ Anshul S. Agrawal*
Anshul S. Agrawal (PA ID #336068)
30 South 17th Street
Philadelphia, PA 19103
Tel: (215) 979-1237
Fax: (215) 689-4954
AAgrawal@duanemorris.com

*Counsel for Defendant Kelly Services Inc.*