IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRITTNY LINDER, | : |
| Plaintiff, | : CIVIL ACTION NO. |
| | : 2:22-CV-04132 |
| v. | : |
| KELLY SERVICES INC. and ABZENA (BRISTOL), LLC D/B/A ABZENA, | : |
| Defendants. | : |

ENTRY OF APPEARANCE

To:   The Clerk of the Court

Kindly enter the appearance of Adam D. Brown of Duane Morris LLP on behalf of Defendant Kelly Services Inc.

Dated: January 31, 2025

Respectfully submitted,

**DUANE MORRIS LLP**
*/s/ Adam D. Brown*
Adam D. Brown (PA ID #205899)
30 South 17th Street
Philadelphia, PA 19103
Tel: (215) 979-1883
Fax: (215) 754-4189
ADBrown@duanemorris.com

*Counsel for Defendant Kelly Services Inc.*