**CERTIFICATE OF SERVICE**

    I, Adam D. Brown, hereby certify that on January 31, 2025, I caused a true and correct copy of the foregoing Entry of Appearance to be served via email on the following:

Brittny Linder
1256 Sheridan Street
Camden, NJ 08104
Email: brittny19@yahoo.com

*Plaintiff*

*/s/ Adam D. Brown*
Adam D. Brown